UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES,

    -v-                                                                      No. 10-CR-989-LTS
                                                                           No. 21-CR-157-LTS

DEVIN PARSONS,

       Defendant.

--------------------------------------------------------x

## ORDER

The Court has accepted assignment of case no. 10-cr-989, <u>United States v. Parsons</u>, in which violation of supervised release specifications are pending. Counsel in case no. 10-cr-989 and case no. 21-cr-157 are hereby directed to meet and confer and file a joint status report, by **April 11, 2022**, as to how they would propose to proceed with sentencing in the 21-cr-157 matter and the resolution of the violation of supervised release specifications.

      SO ORDERED.

Dated: New York, New York
       April 6, 2022

                                                        <u>/s/ Laura Taylor Swain</u>
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge