UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                      No. 10-CR-989-LTS
                                                                          No. 21-CR-157-LTS

DEVIN PARSONS,                                                                      <u>Order</u>

          Defendant.

-------------------------------------------------------x

        The violation of supervised release and sentencing hearing in this case, originally scheduled to proceed on April 22, 2022, at 10:30a.m., is hereby adjourned. The Court will issue a forthcoming scheduling order with the information for the rescheduled hearing.

        SO ORDERED.

Dated: New York, New York                              /s/ Laura Taylor Swain
       April 21, 2022                                               LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge