UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                               No. 10-CR-989-LTS
                                                                    No. 21-CR-157-LTS

DEVIN PARSONS,                                                                  ORDER

            Defendant.

-------------------------------------------------------x

The violation of supervised release and sentencing hearing in the above-captioned case is rescheduled to proceed on **May 3, 2022, at 2:30 p.m.** in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at

https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                         /s/ Laura Taylor Swain
       April 22, 2022                            LAURA TAYLOR SWAIN
                                                         Chief United States District Judge